# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 16-5202 September Term, 2016

1:14-cv-01967-RMC

Filed On: March 2, 2017 [1664013]

United States House of Representatives,

    Appellee

    v.

Thomas E. Price, in his official capacity as
Secretary of the United States Department
of Health and Human Services, et al.,

    Appellants

## O R D E R

Upon consideration of the joint motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file a status report by May 22, 2017, and at 90-day intervals thereafter.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Rebecca L. Thompson
        Deputy Clerk