No. 16-5202

In the
United States Court of Appeals
for the District of Columbia Circuit

UNITED STATES HOUSE OF REPRESENTATIVES,

*Plaintiff-Appellee,*

v.

THOMAS E. PRICE, M.D., in his official capacity as Secretary of Health and Human Services; U.S. Department of Health and Human Services; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; U.S. Department of the Treasury,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:14-cv-01967
Honorable Rosemary M. Collyer

JOINDER OF THE STATES OF NORTH CAROLINA AND VIRGINIA
IN THE MOTION TO INTERVENE FILED BY
THE STATE OF CALIFORNIA AND OTHER STATES

| | |
|---|---|
| JOSH STEIN | MARK R. HERRING |
| *Attorney General of North Carolina* | *Attorney General of Virginia* |
| Matthew W. Sawchak | Stuart A. Raphael |
| *Solicitor General* | *Solicitor General* |
| Ryan Y. Park | Trevor S. Cox |
| *Deputy Solicitor General* | *Deputy Solicitor General* |
| North Carolina Department of Justice | Office of the Attorney General |
| Post Office Box 629 | 202 North Ninth Street |
| Raleigh, North Carolina 27602 | Richmond, Virginia 23219 |
| (919) 716-6400 | (804) 786-7240 |

The States of North Carolina and Virginia respectfully join the motion to intervene filed in this case by the States of California, New York, Connecticut, Delaware, Hawaii, Illinois, Iowa, Kentucky, Maryland, Massachusetts, Minnesota, New Mexico, Pennsylvania, Vermont, and Washington, and the District of Columbia (the States' Intervention Motion).  *See* ECF No. 1675816 (May 18, 2017).

North Carolina and Virginia both have a vital interest in seeking reversal of the district court's decision.  By enjoining the federal government from making mandatory cost-sharing payments that benefit low-income consumers under the Affordable Care Act, *see* 42 U.S.C. § 18071, the district court's ruling would cause substantial injury to the States of North Carolina and Virginia, as well as to their citizens.  Accordingly, North Carolina and Virginia respectfully join the States' Intervention Motion.  *See* D.C. Cir. R. 28(d)(4) ("Intervenors on the same side must join in a single brief to the extent practicable.").

Respectfully submitted,

| | |
|---|---|
| JOSH STEIN<br>*Attorney General of North Carolina* | MARK R. HERRING<br>*Attorney General of Virginia* |
| Matthew W. Sawchak<br>*Solicitor General* | Stuart A. Raphael<br>*Solicitor General* |
| <u>/s/ Ryan Y. Park</u><br>Ryan Y. Park<br>*Deputy Solicitor General* | <u>/s/ Trevor S. Cox</u><br>Trevor S. Cox<br>*Deputy Solicitor General* |
| North Carolina Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>(919) 716-6400 | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-7704 |

June 5, 2017

# CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2017, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

/s/ Ryan Y. Park
Ryan Y. Park
