# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 16-5202**                      **September Term, 2016**

1:14-cv-01967-RMC

**Filed On: June 28, 2017** [1681815]

United States House of Representatives,

       Appellee

     v.

Thomas E. Price, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

       Appellants

## O R D E R

       Upon consideration of the unopposed motion by appellant Thomas E. Price for a 7-day extension of time to file responses to the motion to intervene, it is

       **ORDERED** that the motion for extension of time be granted. Responses by appellee and appellants to the motion to intervene are now due July 10, 2017, and any reply is due July 17, 2017.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                  BY:     /s/
                                                 Rebecca L. Thompson
                                                 Deputy Clerk